AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

THE DIAMOND COLLECTION, LLC,

*Plaintiff(s)*

v.  Civil Action No. 17-cv-61

UNDERWRAPS COSTUME CORPORATION,

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Underwraps Costume Corporation
230 Fifth Avenue, Suite 308
New York, New York 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin Schlosser, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York  11530-9194

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: January 5, 2017

*Signature of Clerk or Deputy Clerk*

1157873


American LegalNet, Inc.
www.FormsWorkFlow.com